■ ROBERT A. DESAUTELS, Respondent, v LILLIAN T. DESAUTELS, Appellant. [872 NYS2d 687]—Appeal from a judgment of the Supreme Court (Nolan Jr., J.), entered June 6, 2007 in Saratoga County, upon a decision of the court in favor of plaintiff.

Judgment affirmed, upon the opinion of Justice Thomas D. Nolan Jr.

Peters, J.P., Spain, Lahtinen, Kane and Kavanagh, JJ., concur. Ordered that the judgment is affirmed, without costs.